920

No. 72–6215.  RIDGILL *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 72–6217.  ECKERT *v.* AMERICAN ARBITRATION ASSN.  C. A. 3d Cir.  Certiorari denied.

No. 72–6219.  RECOR *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 72–6220.  ECKERT *v.* PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 72–6225.  JOHNSON *v.* ILLINOIS.  C. A. 7th Cir. Certiorari denied.

No. 72–6237.  THORNTON *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–6238.  KNIGHT *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 72–995.  JENKINS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1005.  SIERRA CLUB ET AL. *v.* MORTON, SECRETARY OF THE INTERIOR, ET AL.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1063.  UNGER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5808.  FRINKS *v.* NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.